**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERNANDO A. FORTE,

      Plaintiff,

v.                              Case No.: 1:21-cv-22606

CONVERGENT OUTSOURCING, INC.,

      Defendant.

_____/

## NOTICE OF PENDING SETTLEMENT

    Defendant, Convergent Outsourcing, Inc., through undersigned counsel, hereby submits this Notice of Pending Settlement and states the parties, have reached a settlement regarding this case and are presently drafting, finalizing, and executing the formal settlement documents.  Upon full execution of the same, the parties will file the appropriate dismissal documents with the Court.

Dated: August 6, 2021

                        Respectfully submitted,

                        */s/ Michael P. Schuette*
                        Michael P. Schuette, Esq.
                        Florida Bar No. 0106181
                        Dayle M. Van Hoose, Esq.
                        Florida Bar No. 0016277
                        SESSIONS, ISRAEL & SHARTLE
                        3350 Buschwood Park Drive, Suite 195
                        Tampa, Florida 33618
                        Telephone: (813) 890-2460
                        Facsimile: (877) 334-0661
                        mschuette@sessions.legal
                        dvanhoose@sessions.legal

*Counsel for Defendant,*
*Convergent Outsourcing, Inc.*

### <u>CERTIFICATE OF SERVICE</u>

I certify that on this 6th day of August 2021, a copy of the foregoing was filed electronically via CM/ECF system.  Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below.

Jibrael S. Hindi, Esq.
Thomas J. Patti, III, Esq.
The Law Offices of Jibrael S. Hindi
110 SE 6th Street, Suite 1744
Fort Lauderdale, FL 33301
jibrael@jibraellaw.com
tom@jibraellaw.com

*/s/ Michael P. Schuette*
Attorney