**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**

FERNANDO A. FORTE,

    Plaintiff,

v.      Case No.: 1:21-cv-22606-RKA

CONVERGENT OUTSOURCING, INC.,

    Defendant.
_____/

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41, plaintiff, Fernando A. Forte, and defendant, Convergent Outsourcing, Inc., by and through undersigned counsel, do hereby stipulate to the dismissal with prejudice of this entire action. Each party is to bear its own fees and costs.

Date: October 8, 2021

Respectfully submitted,

| | |
|---|---|
| */s/ Thomas J. Patti, III* (with permission) | */s/ Michael P. Schuette* |
| Jibrael S. Hindi, Esq. | Michael P. Schuette, Esq. |
| Florida Bar No. 118259 | Florida Bar No. 0106181 |
| Thomas J. Patti, III, Esq. | Dayle M. Van Hoose, Esq. |
| Florida Bar No. 118377 | Florida Bar No. 0016277 |
| The Law Offices of Jibrael S. Hindi | SESSIONS, ISRAEL & SHARTLE, LLC |
| 110 SE 6th Street, Suite 1744 | 3350 Buschwood Park Drive, Suite 195 |
| Fort Lauderdale, FL 33301 | Tampa, Florida 33618 |
| jibrael@jibraellaw.com | Telephone: (813) 890-2460 |
| tom@jibraellaw.com | Facsimile: (877) 334-0661 |
| *Counsel for Plaintiff* | mschuette@sessions.legal |
| | dvanhoose@sessions.legal |
| | *Counsel for Defendant,* |
| | *Convergent Outsourcing, Inc.* |